# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY L. WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-09-394-R ) |
| MICHAEL J. ASTRUE, | ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of Doyle W. Argo entered March 8, 2010. Doc. No. 24. No objection to the Report and Recommendation has been filed. nor has Plaintiff requested additional time in which to object. Accordingly, the Report and Recommendation is ADOPTED in its entirety and the decision of Defendant Commissioner of the Social Security Administration denying Plaintiff's applications for disability insurance benefits and supplemental security income payments is AFFIRMED.

IT IS SO ORDERED this 31st day of March, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE